IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERTO CIPOLLINA,

    Plaintiff,

  v.

STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 to 40,

    Defendants.

No. C 12-04248 WHA

**ORDER TO SHOW CAUSE**

Defendant State Farm Mutual Automobile Insurance Company filed a motion to dismiss on August 20, 2012. After the case was reassigned to the undersigned judge, defendant renoticed the motion to dismiss on September 4. Plaintiff's response was due September 18. That date has come and gone, and no response has been received.

Plaintiff, who is represented by counsel, is hereby ordered to show cause why the motion to dismiss should not be granted. Plaintiff's response is due by **NOON ON OCTOBER 5, 2012**. If plaintiff fails to timely respond, the action may be dismissed for failure to prosecute. The hearing date, currently set for October 18, shall remain in place.

**IT IS SO ORDERED.**

Dated: October 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE